UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUKHDEV SINGH AULAKH,

                Petitioner,

-against-

PARAMJIT KAUR,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025

25 Civ. 5774 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioner, Sukhdev Singh Aulakh, has filed a 28 U.S.C. § 1782 petition (the "Petition") for an order permitting him to obtain discovery from Respondent, Paramjit Kaur, for use in a foreign proceeding. *See generally* Petition, ECF No. 2. Accordingly:

1. By **August 13, 2025**, Respondent shall respond to the Petition; and
2. By **August 27, 2025**, Petitioner shall file his reply, if any.

    By **July 30, 2025**, Petitioner shall serve a copy of this Order, the Petition, ECF No. 2, and all accompanying materials, ECF No. 2-1 to -6, on Respondent. By that **same date**, Petitioner shall file proof of such service on the docket.

    SO ORDERED.

Dated: July 24, 2025
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge