UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SUKHDEV SINGH AULAKH,

                          Petitioner,

            -against-

PARAMJIT KAUR,

                          Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2026
```

25 Civ. 5774 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Petitioner, Sukhdev Singh Aulakh, brings a 28 U.S.C. § 1782 petition (the "Petition"), requesting that the Court permit him to obtain discovery from Respondent, Paramjit Kaur, for use in a foreign proceeding. *See generally* Petition, ECF No. 2. On September 25, 2025, Petitioner received a Clerk's Certificate of Default, ECF No. 12, after Respondent failed to respond to the Petition. Petitioner has not, however, further pursued default judgment. Accordingly, by **February 19, 2026**, Petitioner shall either (1) request that the Court grant the petition *ex parte, see Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012), or (2) in the alternative, initiate default judgment proceedings in accordance with Attachment A of the undersigned's Individual Rules in Civil Cases.

SO ORDERED.

Dated: February 5, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge