UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUKHDEV SINGH AULAKH,

                        Petitioner,

            -against-

PARAMJIT KAUR,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2026_

25 Civ. 5774 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's motion for default judgment and accompanying exhibits. *See* ECF No. 14. By order dated February 5, 2026, the Court directed Petitioner to initiate default judgment proceeding in accordance with Attachment A of the undersigned's Individual Rules in Civil Cases. *See* ECF No. 13. Petitioner has not, however, filed all the documents required by Attachment A—specifically, Petitioner's filing is missing a proposed order to show cause for default judgment. *See* Rule 1(c)(ii)(1), Attachment A, Individual Practices in Civil Cases.

Accordingly, by **February 19, 2026,** Petitioner shall file the documents required by Attachment A, correcting for the deficiency described above. Petitioner is again reminded that he may request that the Court grant the petition *ex parte*. *See Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012). If Petitioner wishes for the Court to grant the petition *ex parte*, he shall make that request by letter filed on the docket by the **same date.**

SO ORDERED.

Dated: February 10, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge