UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUKHDEV SINGH AULAKH,

                Petitioner,

     -against-

PARAMJIT KAUR,

                Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/7/2026
```

25 Civ. 5774 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Petitioner, Sukhdev Singh Aulakh, submits an application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a civil proceeding filed in Dera Bassi, India. Pet., ECF No. 2 at 1–2. Petitioner seeks permission to serve subpoenas on Respondent, Paramjit Jaur, for documents and deposition testimony relevant to that action. Pet. at 2. Petitioner has not, however, submitted the proposed subpoenas for documents and deposition testimony that he seeks to serve on Respondent. Because the Court must analyze, among other factors, whether Petitioner's request is "unduly intrusive or burdensome," *In re Catalyst Managerial Servs., DMCC*, 680 F. App'x 37, 38–39 (2d Cir. 2017) (summary order) (quoting *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004)), the Court must review the subpoenas Petitioner seeks to serve on Respondent. Accordingly, by **April 10, 2026**, Petitioner shall file the proposed subpoenas.

       SO ORDERED.

Dated: April 7, 2026
      New York, New York

                             ANALISA TORRES
                       United States District Judge